```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| KENNETH SYLVESTER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil No. 99-3830 (RBK) |

## AMENDED SCHEDULING ORDER

    This Scheduling Order confirms the directives given to counsel during the status conference on July 31, 2008; and the Court noting the following appearances:  Lewis B. April, Esquire, appearing on behalf of the plaintiff; and Jafer Aftab, Esquire, appearing on behalf of defendant.

    IT IS this **4th** day of **August, 2008,** hereby **ORDERED**:

    1.  By **August 15, 2008,** defendant shall serve its updated list of trial exhibits.

    2.  By **August 29, 2008,** the parties shall exchange copies of their exhibits.

    3.  By **August 29, 2008,** the parties shall serve the Court with copies of their expert reports.

    4.  The Court will conduct an **in-person** settlement conference on **September 5, 2008 at 1:00 p.m.  Plaintiff and a representative of defendant with final settlement authority shall appear in-person at the settlement conference.**

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                          s/Joel Schneider
                                          JOEL SCHNEIDER
                                          United States Magistrate Judge